UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

RUBELDI ALVARADO,

      Plaintiff,

v.

ARDON CONSTRUCTION, LLC and
FREDY M. ARDON GARCIA,

      Defendants.

Case No. 1:23-cv-00953-WCG

Judge William C Griesbach

---

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55**

---

Plaintiff Rubeldi Alvarado ("Plaintiff"), respectfully by and through his attorney James M. Dore, submits the following Motion for Default Judgement against the Defendants Ardon Construction, LLC. ("Ardon Construction") and Fredy M. Ardon Garcia ("Fredy Ardon") (collectively "Defendants") pursuant to Federal Rule of Civil Procedure 55 (b), and state:

1. On July 18, 2023, Plaintiff filed this cause of action seeking redress for unpaid overtime wages under the Fair Labor Standards Act (29 USC § 201, et. seq.). Plaintiff was a former employee of Defendants. See Docket No. 1

2. Summons were issued for Defendants and Returned Executed Defendant Fredy M. Ardon Garcia on July 30, 2023. Fredy Ardon was defaulted on October 25, 2023. *See* Docket Nos. 5, 9.

3. Defendant Ardon Construction was served through its registered agent Fredy M. Ardon Garcia on November 30, 2023. Ardon Construction was defaulted on January 11, 2024. *See* Docket No. 13

4. Plaintiff now moves for a Default Judgement against Defendants pursuant to Federal Rule of Civil Procedure 55(b); in support, Plaintiff tenders supporting documents.

5. Plaintiff is asking that a default judgment be entered in his favor in the amount of **$45,874.50** (representing unpaid overtime wages and liquidated damages), plus reasonable attorney's fees and costs. *See* Rubeldi Alvarado Affidavit of Prove- Up, attached as Exhibit A.

6. Plaintiff also requests an award of reasonable attorney's fees and costs of suit in the amount of **$5,633.00** pursuant to 29 USC § 216(b) of the Fair Labor Standards Act. In support thereof, attached hereto as Exhibit B is the Petition for Attorney's Fees and Costs.

6. Additionally, in support of this Motion, Plaintiffs attaches: (i) a Certificate of Default, attesting to the fact that Defendants have not entered an appearance in this case (See Exhibit C); and (ii) An Affidavit as to Military Service establishing that the individual Defendant is not on current active duty with the US Armed Forces (See Exhibit D).

**WHEREFORE**, Plaintiff Rubeldi Alvarado respectfully requests that this Motion be granted, and that the Court enter a default judgment in the amount of **$51,507.50** against Ardon Construction, LLC and Fredy M. Ardon Garcia jointly and severally, and that the Court enter any other relief deemed just or necessary.

/s/ James M. Dore

**Justicia Laboral, LLC**
James Dore (ARDC# 6296265)
*Attorney for Plaintiff*
6232 N. Pulaski, #300
Chicago, IL 60646
773-415-4898
jdore@justicialaboral.com

DocuSign Envelope ID: D7750CFB-A822-45BF-9A8E-7431E0CE849C

**EXHIBIT A**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| RUBELDI ALVARADO,<br>        Plaintiff,<br>   v.<br>ARDON CONSTRUCTION, LLC and<br>FREDY M. ARDON GARCIA,<br><br>        Defendants. | Case No. 1:23-cv-00953-WCG<br><br>Judge William C Griesbach |

**EXHIBIT A - AFFIDAVIT FOR PROVE-UP BY PLAINTIFF RUBELDI ALVARADO**

Rubeldi Alvarado, having been first duly sworn on oath, states:

1. I am adult, over the age of twenty-one, and I have personal knowledge of the facts set forth in this affidavit, and I am the Plaintiff in the above-captioned action.

2. My primary language is Spanish. I have read and reviewed this affidavit with the assistance of an interpreter, Derian Geovanni Palacios Morales, who is an employee of my lawyer's law firm, Justicia Laboral, LLC.

3. I am a resident of Omaha, Nebraska; I was hired by Defendants ARDON CONSTRUCTION, LLC ("Ardon Construction") and FREDY M. ARDON GARCIA ("Ardon Garcia") (cumulatively "Defendants") and traveled from Nebraska to work in Wisconsin.

4. I was formerly employed by Ardon Garcia to work in his business Ardon Construction. I began working for Defendants in or before 2017 until October 19, 2022.

5. I was an employee hired to perform construction labor such as roofing and siding for Defendants customers. I worked every week an average of 70 hours per week for Defendants. My rate of pay was $900 per week or $12.85 per hour.

6. Defendant Ardon Construction is a roofing and construction business located and conducting business Wisconsin. During relevant periods, it employed four or more employees. Defendant Ardon Garcia is the owner and President of Ardon Construction; he was in charge of all employees, including myself. He set my schedule, directed me to work in excess of 40 hours per week, and was responsible for paying me my wages.

7. At all times, I was engaged in interstate commerce, as my work was directly involved with using materials, and goods that has traveled across state lines, including the use of painting products, construction materials and utensils.

8. I was never paid time-and-a-half wages for any hours worked over 40 per week.

9. As a result of Defendants' unlawful conduct, I am entitled to actual and compensatory damages, including the amount of overtime wages that should have been paid but were not paid, under the FLSA.

10. Attached hereto as Exhibit I is a spreadsheet showing an approximate calculation of my unpaid overtime wages on a week-by-week basis, as well as the damages I am seeking. The amount of unpaid overtime wages owed to me are $22,937.25, Ex. I is incorporated herein.

11. Defendants did not pay me my overtime hours at time and a half for hours worked in excess of forty hours per week.

12. I request the Court enter judgment in the amount of **$45,874.50**, plus reasonable attorney's fees, plus costs of suit, itemized as follows:

    a) $22,937.25 (Unpaid Overtime wages)

    b) $22,937.25 (Liquidated Damages under the FLSA)

    d) TBD – reasonable attorney's fees and costs

## Verification

I declare under penalty of perjury that the foregoing is true and correct.

Date: 2/27/2024

Rubeldi Alvarado

## Interpreter Verification

I declare under penalty of perjury that I am fluent in both English and Spanish, and that on February 27 , 2024, I read and interpreted this Affidavit from English to Spanish for Affiant.

Date: 2/27/24

Derian Geovanni Palacios Morales

## Exhibit A (Rubeldi Alvarado)

| Week | Av. Hours/Wk. | Hours Over 40 | Hrly. Wage | MW/Hr. | Unpaid MW | Unpaid OT | FLSA Liquidated |
|---|---|---|---|---|---|---|---|
| 7/19/2020 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 7/26/2020 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 8/2/2020 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 8/9/2020 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 8/16/2020 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 8/23/2020 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 8/30/2020 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 9/6/2020 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 9/13/2020 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 9/20/2020 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 9/27/2020 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 10/4/2020 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 10/11/2020 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 10/18/2020 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 10/25/2020 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 11/1/2020 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 11/8/2020 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 11/15/2020 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 11/22/2020 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 11/29/2020 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 12/6/2020 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 12/13/2020 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 12/20/2020 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 12/27/2020 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 1/3/2021 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 1/10/2021 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 1/17/2021 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 1/24/2021 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 1/31/2021 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 2/7/2021 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 2/14/2021 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 2/21/2021 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 2/28/2021 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 3/7/2021 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 3/14/2021 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 3/21/2021 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 3/28/2021 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 4/4/2021 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 4/11/2021 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 4/18/2021 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 4/25/2021 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 5/2/2021 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 5/9/2021 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 5/16/2021 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 5/23/2021 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 5/30/2021 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 6/6/2021 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 6/13/2021 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 6/20/2021 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 6/27/2021 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 7/4/2021 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 7/11/2021 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 7/18/2021 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 7/25/2021 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 8/1/2021 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 8/8/2021 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 8/15/2021 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 8/22/2021 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 8/29/2021 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 9/5/2021 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 9/12/2021 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 9/19/2021 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 9/26/2021 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 10/3/2021 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 10/10/2021 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 10/17/2021 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 10/24/2021 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 10/31/2021 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 11/7/2021 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 11/14/2021 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 11/21/2021 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 11/28/2021 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 12/5/2021 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 12/12/2021 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |

| Date | Hours | OT Hours | Rate | | | Pay | Total |
|---|---|---|---|---|---|---|---|
| 12/19/2021 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 12/26/2021 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 1/2/2022 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 1/9/2022 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 1/16/2022 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 1/23/2022 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 1/30/2022 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 2/6/2022 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 2/13/2022 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 2/20/2022 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 2/27/2022 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 3/6/2022 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 3/13/2022 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 3/20/2022 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 3/27/2022 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 4/3/2022 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 4/10/2022 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 4/17/2022 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 4/24/2022 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 5/1/2022 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 5/8/2022 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 5/15/2022 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 5/22/2022 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 5/29/2022 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 6/5/2022 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 6/12/2022 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 6/19/2022 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 6/26/2022 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 7/3/2022 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 7/10/2022 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 7/17/2022 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 7/24/2022 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 7/31/2022 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 8/7/2022 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 8/14/2022 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 8/21/2022 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 8/28/2022 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 9/4/2022 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 9/11/2022 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 9/18/2022 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 9/25/2022 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 10/2/2022 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 10/9/2022 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 10/16/2022 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| 10/23/2022 | 70 | 30 | $12.85 | $0.00 | $0.00 | $192.75 | $192.75 |
| **TOTALS:** | 8330 | 3570 | | | | $22,937.25 | $22,937.25 |

| Unpaid Hours | Unpaid OT Hour | Hrly. Wage | FLSA Liquidated |
|---|---|---|---|
| 0 | 0 | $ - | $ - |

**EXHIBIT B**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN**

---

RUBELDI ALVARADO,

       Plaintiff,                                Case No. 1:23-cv-00953-WCG

       v.

ARDON CONSTRUCTION, LLC and          Judge William C Griesbach
FREDY M. ARDON GARCIA,

       Defendants.

---

**EXHIBIT B - PETITION FOR ATTORNEY'S FEES, TIME AND TASKS**

---

       James M. Dore, having been first duly sworn on oath, states:

1.       Plaintiff Rubeldi Alvarado retained me to represent him in the above captioned lawsuit against the named Defendants. The above captioned lawsuit involves claims under the Fair Labor Standards to collect unpaid overtime wages from Defendants, his former employers.

2.       I am the primary attorney responsible for handling this matter. I am licensed to practice law in the state of Wisconsin; my ARDC number is 6296265. The administrative work on the file is performed by our employee, Derian Geovanni Palacios Morales, also referred to as "Gio" in our time keeping records. We do not bill any hourly time for work performed by Gio.

3.       Our billable hourly rate is $400.00 per hour for matters of this kind.

4.       Our $400.00 hourly rate is reasonable and comparable to rates charged by attorneys and staff of a comparative level, serving the same legal market of Wisconsin. I have been practicing law for over fifteen years.

5.       The following list specifies an accurate statement of the subjects and the professional time spent and to be spent in the prosecution of the claims of Plaintiffs against the Defendants. The list

represents the coincidental or reasonably current preparation of the subject matters and the time assigned as reflected in the records of the attorneys for Plaintiffs:

| Date | Atty | Hours | Description of Activity |
|---|---|---|---|
| 11/18/22 | JD | 0.30 | REVIEW CASE DESCRIPTION AND INFORMATION |
|  |  | 0.60 | INTERVIEW PLAINTIFF REGARDING UNDERLYING FACTS OF THE CASE |
| 07/17/23 | JD | 0.50 | RESEARCH RE: DEFENDANT; ONLINE PRESENCE AND LOCATION |
| 07/18/23 | JD | 3.50 | DRAFT COMPLAINT; DRAFT CIVIL ACTION COVER SHEET; DRAFT APPEARANCE; FILE SAME DRAFT SUMMONSES TO DEFENDANTS; FILED THE SAME |
| 07/19/23 | JD | 0.10 | EMAIL SUMMONSES AND COMPLAINT TO SPS FOR SERVICE |
| 08/10/23 | JD | 0.20 | REVIEW SERVICE OF PROCESS |
| 10/24/23 | JD | 2.40 | REVIEW DOCKET; DRAFT MAGISTRATE JUDGE JURISDICTION FORM, FILE SAME; DRAFT DISCLOSURE STATEMENT, FILE SAME; DRAFT MOTION FOR ENTRY OF DEFAULT, FILE SAME; DRAFT MOTION FOR EXTENSION OF TIME TO EFFECTUATE SERVICE OF PROCESS, FILRE SAME |
| 10/25/23 | JD | 0.10 | REVIEW DOCKET; CLERK'S ENTRY OF DEFAULT AND SUMMONS |
| 10/26/23 | JD | 0.20 | REVIEW DOCKET ORDER; EMAIL SUMMONS AND COMPLAINT TO SPS FOR SERVICE |
| 11/30/23. | JD | 0.10 | FURTHER SERVICE ATTEMPTS ON DEFENDANT |
| 12/01/23. | JD | 0.20 | DRAFT CERTIFICATE OF SERVICE AND PROOF OF SERVICE; FILE SAME |
| 01/11/24. | JD | 0.50 | DRAFT REQUEST FOR ENTRY OF DEFAULT, FILE SAME; DRAFT BRIEF IN SUPPORT FOR DEFAULT AND COS, FILE SAME; REVIEW DOCKET ENTRY OF DEFAULT |
| 02/20/24 | JD | 0.10 | REVIEW DOCKET NOTICE |
| 02/27/24 | JD | 3.00 | DRAFT MOTION FOR DEFAULT JUDGMENT; DRAFT AFFIDAVIT FOR PROVE-UP, SPREADSHEETS FOR DAMAGES; REVIEW DOCKET; DRAFT PETITION FOR ATTORNEYS FEES AND COSTS; DRAFT AFFIDAVIT AS TO MILITARY SERVICE |
| 02/28/24 | JD | 0.40 | REVIEW AND REVISE PROVEUP DOCUMENTS |

**Total Hours:** JD 12.20 hrs X $400.00 = **$4,880.00 Total Attorneys Fees**

| Costs | Date | Amount | Description |
|---|---|---|---|
|  | 02/02/23 | $402.00 | Filing Complaint receipt number BWIEDC-4452261 |
|  | 08/11/23 | $234.00 | Service – Summonses and Complaints Firefly Legal Inc. |
|  | 12/04/23 | $117.00 | Service – through Firefly Legal Inc |

**Total Costs: $753.00**

6.      These records identify the work that we did each day, the amount of time that we devoted to this matter on that day (including separate entries for each task), and a description of the work performed. The time entries on these invoices were entered by me personally, at or near the time of performing the work in the ordinary course of our daily practice. These billing records are kept in the ordinary course of our regularly conducted business activities. Some entries may have been redacted in part for the purpose of protecting attorney-client communications or work product privilege.

7.      The tasks performed and the costs incurred were all reasonably and necessarily incurred in the case. The fees and costs incurred reflect tasks that were performed competently and efficiently.

8.      Accordingly, the total amount of attorney's fees and costs being sought are **$5,633.00.**

9.      I have personal knowledge of the facts set forth in this Affidavit and can testify in accordance therewith.

## Verification

I declare under penalty of perjury that the foregoing is true and correct.


Executed: February 28, 2024.                                           /s/  **James M. Dore**

**Justicia Laboral LLC**
James M. Dore (ARDC No. 6296265)
*Attorney for Plaintiff*
6232 N. Pulaski, #300 Chicago, IL 60646
773-415-4898
jdore@justicialaboral.com

**EXHIBIT C**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN**

---

RUBELDI ALVARADO,

        Plaintiff,                                Case No. 1:23-cv-00953-WCG

        v.

ARDON CONSTRUCTION, LLC and                Judge William C Griesbach
FREDY M. ARDON GARCIA,

        Defendants.

---

**AFFIDAVIT AND CERTIFICATE IN SUPPORT OF MOTION FOR DEFAULT**

---

      I, **James M. Dore**, attorney for Plaintiffs in the above captioned matter, do hereby certify that on February 28, 2024, I reviewed the Court file and online docket for this case. I further certify that none of the defaulted Defendants in this case have entered an appearance or answered the complaint as of today's date.

**Verification**

I declare under penalty of perjury that the foregoing is true and correct.

Executed: February 28, 2024.                                       /s/ **James M. Dore**

**Justicia Laboral LLC**
James M. Dore (ARDC No. 6296265)
*Attorney for Plaintiff*
6232 N. Pulaski, #300 Chicago, IL 60646
773-415-4898
jdore@justicialaboral.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

RUBELDI ALVARADO,

        Plaintiff,                                   Case No. 1:23-cv-00953-WCG

    v.

ARDON CONSTRUCTION, LLC and                  Judge William C Griesbach
FREDY M. ARDON GARCIA,

        Defendants.

## AFFIDAVIT AS TO MILITARY SERVICE

    I, **James M. Dore**, counsel for plaintiffs, on oath state that with respect to Defendant **Fredy M. Ardon Garcia**, said defendants is not in the military service of the United States. This affidavit is based on these facts. Defendants have been operating a construction business in the geographic boundaries of the Wisconsin; he was personally served without mention of military service and did not mention any military service.

### Verification

I declare under penalty of perjury that the foregoing is true and correct.

Executed: February 28, 2024.                                               /s/ **James M. Dore**

                                                                             **Justicia Laboral LLC**
                                                              James M. Dore (ARDC No. 6296265)
                                                                          *Attorney for Plaintiff*
                                                      6232 N. Pulaski, #300 Chicago, IL 60646
                                                                   773-415-4898
                                                          jdore@justicialaboral.com