AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
EASTERN DISTRICT OF WISCONSIN

RUBELDI ALVARADO,

    Plaintiff,

 v.

**JUDGMENT IN A CIVIL CASE**
Case No. 23-C-953

ARDON CONSTRUCTION, LLC and
FREDY M. ARDON GARCIA,

    Defendants.

---

☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒  **Decision by Court.** This action came before the Court for consideration.

  **IT IS HEREBY ORDERED AND ADJUDGED** that default judgment is entered in favor of Plaintiff, Rubeldi Alvarado, and against Defendants, Ardon Construction, LLC and Fredy M. Ardon Garcia, in the amount of $45,874.50, together with $5,633.00 in attorney's fees and costs, for a total of $51,507.50.

            Approved: s/ William C. Griesbach
                  WILLIAM C. GRIESBACH
                  United States District Judge

Dated: March 22, 2024

                  GINA M. COLLETTI
                  Clerk of Court

                  s/ Joleen M. Krings
                  (By) Deputy Clerk